SLATER STEELS CORP., FORT WAYNE SPECIALITY ALLOYS DIVISION; CARPENTER TECHNOLOGY CORP., CRUCIBLE SPECIALTY METALS DIVISION, CRUCIBLE MATERIALS CORP.; ELECTRALLOY CORP.; UNITED STEEL WORKERS OF AMERICA, AFL-CIO/CLC; ACCIAIERIE VALBRUNA S.P.A., Plaintiffs, v. UNITED STATES, Defendant, and TRAFILERIE BEDINI, SRL, Defendant-Intervenor.

Consolidated Court No. 02–00189

## JUDGMENT ORDER

GOLDBERG, *Senior Judge*: Upon consideration of the *Final Results of Redetermination Pursuant to United States Court of International Trade Remand Order* (*"Redetermination Results"*) filed by the Department of Commerce ("Commerce") pursuant to the Court's decision in *Slater Steels Corp. v. United States*, Slip Op. 03–162 (Dec. 16, 2003), and upon the parties' comments regarding the *Redetermination Results*; upon all other papers filed herein, and upon due deliberation; the Court finds that Commerce adequately distinguished the five administrative determinations cited in the Court's remand instructions. Accordingly, it is hereby

ORDERED that the *Redetermination Results* are sustained in all respects; and it is further

ORDERED that judgment is entered for defendant.

SO ORDERED.